IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANTHONY R. STROUD,           )
                             )
        Plaintiff,            )
                             )
        v.                    )    1:05CV404
                             )
TYCO ELECTRONICS,            )
                             )
        Defendant.            )

## J U D G M E N T

On June 5, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that defendant's motion for summary judgment (docket no. 30) is granted, and that this action be, and the same hereby is, dismissed.

This the day of June 27, 2006

                                    /s/ N. Carlton Tilley, Jr.
                                 United States District Judge